JUDGE PRESKA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :     INDICTMENT

    - v. -                         :     07 Cr.

FLOYD DeBOW,                      :

             Defendant.        :

- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 11 2007

07 CRIM 1129

COUNT ONE

The Grand Jury charges:

In or about February 2007, up to and including on or about August 16, 2007, in the Southern District of New York and elsewhere, FLOYD DeBOW, the defendant, unlawfully, wilfully, and knowingly did steal, take, and abstract, and by fraud and deception obtain, and attempt so to obtain, from and out of any mail, post office, and station thereof, letter box, mail receptacle, and any mail route and other authorized depository for mail matter, and from a letter and mail carrier, letters, postal cards, packages, bags, and mail, and did abstract and remove from such letters, packages, bags, and mail, articles and things contained therein, and did secrete, embezzle, and destroy such letters, postal cards, packages, bags, and mail, and articles and things contained therein, and did steal, take, and abstract, and by fraud and deception obtain letters, postal cards, packages, bags, and mail, and articles and things contained therein which had been left for collection upon and adjacent to a collection box and other authorized depository of

mail matter, and did buy, receive, and conceal, and unlawfully have in his possession, any letters, postal cards, packages, bags, and mail, and articles and things contained therein, which had been so stolen, taken, embezzled, and abstracted, as herein described, knowing the same to have been stolen, taken, embezzled, and abstracted, to wit, DeBow stole letters and other mail from locked mailboxes in the Bronx.

    (Title 18, United States Code, Section 1708.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

```
Form No. USA-33s-274 (Ed. 9-25-58)
```

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

- v. -

**FLOYD DeBOW,**

Defendant.

### INDICTMENT

07 Cr.

(18 U.S.C. § 1708.)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*Douglas Alley*
Foreperson.

*12/11/07 Filed Indictment. Case Assigned to Judge Preska. A Mag. Judge Katz*