

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 12, 2007

BY HAND

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:   United States v. Floyd DeBow,
           07 Cr. 1129 (LAP)

Dear Judge Preska:

    The above-referenced matter was assigned to Your Honor on December 11, 2007, and I respectfully enclose a copy of the Indictment. The arraignment and initial conference have been scheduled for December 14, 2007 at 3:15 p.m.

    The Government respectfully requests that the Court exclude time from the date of this letter until December 14, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government time to collect and produce discovery to the defendant and the defense to review that discovery. Defense counsel consents to the Government's request to exclude time.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Carrie H. Cohen
Assistant U.S. Attorney
(212) 637-2264

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
December 13, 2007

Enc.
cc by fax w/enc.: John Byrnes, Esq., Attorney for Defendant