

U.S. Department of Justice

United States Attorney
Southern District of New York

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____          │
│ DATE FILED: 2/4/08          │
└─────────────────────────────┘
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 30, 2008

BY HAND

RECEIVED
JAN 31 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:  United States v. Floyd DeBow,
         07 Cr. 1129 (LAP)

Dear Judge Preska:

    I write to respectfully confirm that the conference in the above matter previously scheduled for February 6, 2008 has been rescheduled to February 27, 2008 at 12:15 p.m.

    The Government respectfully requests that the Court exclude time from the date of this letter until February 27, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government time to collect and produce discovery to the defendant and the defense to review that discovery. Defense counsel consents to the Government's request to exclude time.

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

February 3, 2008

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Carrie H. Cohen
Assistant U.S. Attorney
(212) 637-2264

cc by fax: John Byrnes, Esq., Attorney for Defendant