UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA

    -against-

Floyd Debow

------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08
```

ORDER

07 CR 1129 (LAP)
Docket #

**Loretta A. Preska**, DISTRICT JUDGE:
   Judge's Name

The C.J.A. attorney assigned to receive cases on this day, **Jeremy Orden** is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC **April 2, 2008**.

SO ORDERED.

_Loretta A. Preska_
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
April 2, 2008